# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | 1:12-cv-01846-AWI-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |
| v. | |
| KERN COUNTY SHERIFF'S DEPARTMENT AND DONNY YOUNGBLOOD, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| Defendants. | (ECF No. 11) |

Gary Dale Barger ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on November 8, 2012. (ECF No. 1.) On November 28, 2012, the Magistrate Judge dismissed the complaint with leave to amend. (ECF No. 4.) On December 27, 2012, the Magistrate Judge issued a findings and recommendations recommending to dismiss the action with prejudice for failure to state a claim. (ECF No. 7.) On February 27, 2013, Plaintiff filed a notice of voluntary dismissal. (ECF No. 11.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

1

(quoting <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." <u>Id</u>. at 1078.   No defendant has filed an answer or other responsive pleading.

     Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   March 15, 2013                                    _____
                                                    SENIOR  DISTRICT  JUDGE