# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>          Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT AND DONNY YOUNGBLOOD,<br><br>          Defendants. | 1:12-cv-01846-AWI-SAB (PC)<br><br>ORDER DENYING MOTION FOR VOLUNTARY DISMISSAL AS MOOT<br><br>(ECF No. 13) |

Plaintiff Gary Dale Barger ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2013, Plaintiff filed a motion to voluntarily dismiss the case. (ECF No. 11.) On March 15, 2013, the Court granted Plaintiff's request for voluntary dismissal. (ECF No. 12.) On March 13, 2013, Plaintiff filed a second motion to voluntarily dismiss the case. (ECF No. 13.) The Court's order granting Plaintiff's request for voluntary dismissal was issued prior to the Court receiving Plaintiff's second motion. Accordingly, Plaintiff's second motion for voluntary dismissal is hereby DENIED AS MOOT.

IT IS SO ORDERED.

    Dated:   **March 21, 2013**                                                    
UNITED STATES MAGISTRATE JUDGE